UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr2365-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO |
| FELIPE CASTAÑEDA-CASARUBIAS, | ) | <u>SHORTEN TIME</u> |
| | ) | |
| Defendant. | ) | |
| | ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for filing defendant *Sentencing Memorandum* be shortened to 2 days and is to be heard as scheduled on January 25, 2008 at 9:00 a.m.

**SO ORDERED.**

DATED: January 23, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge